IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SHERWIN-WILLIAMS COMPANY f/k/a SHERWIN-WILLIAMS AUTOMOTIVE FINISHES<br><br>Plaintiff,<br><br>v.<br><br>L.A. SMITH & SONS INC. d/b/a L.A. SMITH & SONS COLLISION CENTER, a California corporation; and KIRK SMITH<br><br>Defendant.<br>_____/ | CASE NO.  3:12-cv-2761-MEJ<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Jeffrey D. Wilson, whose business address and telephone number is Devaney Jacob Wilson, PLLC, 3001 West Big Beaver Rd., Suite 624, Troy, MI 48084-3107; telephone: (248) 649-0990.

and who is an active member in good standing of the bar of the State of Michigan having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing The Sherwin-Williams Company.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:  July 6, 2012



IT IS SO ORDERED
Judge Maria-Elena James