UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| THE SHERWIN-WILLIAMS COMPANY, | No. C 12-2761 MEJ |
| Plaintiff, | **ORDER RE: STATUS** |
| v. | |
| L.A. SMITH & SONS INC., et al., | |
| Defendants. | |
| _____/ | |

This matter is currently scheduled for a Case Management Conference on September 6, 2012. However, as the Clerk of Court entered default against the defendants on July 9, 2012, the Court VACATES the September 6 conference. Plaintiff is ORDERED to file a status report or motion for default judgment by September 27, 2012.

**IT IS SO ORDERED.**

Dated: September 5, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge