| | |
|---|---|
| 1 | LAWRENCE E. KERN, ESQ. 046865 |
| | lkern@kernlaw.com |
| 2 | STACEY D. CHAU, ESQ. 280004 |
| | schau@kernlaw.com |
| 3 | PHILIP A. SEGAL, ESQ. 137633 |
| | phil@kndslaw.com |
| 4 | DANIEL G. BALICH, ESQ. 278105 |
| | dbalich@kernlaw.com |
| 5 | **KERN, NODA, DEVINE & SEGAL** |
| | 1388 Sutter Street, Suite 600 |
| 6 | San Francisco, CA 94109 |
| | Tel: (415) 474-1900 |
| 7 | Fax: (415) 474-0302 |
| 8 | Attorney for Defendants, |
| | L.A. SMITH & SONS INC. d/b/a L.A. SMITH & SONS COLLISION CENTER and |
| 9 | KIRK SMITH |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE SHERWIN-WILLIAMS COMPANY f/k/a/ SHERWIN-WILLIAMS AUTOMOTIVE FINISHES CORP.**, | NO.: C12-02761 RS |
| | **STIPULATION TO SET ASIDE ENTRY OF DEFAULT AGAINST DEFENDANTS; [PROPOSED] ORDER** |
| Plaintiff, | |
| vs. | |
| **L.A. SMITH & SONS INC. d/b/a L.A. SMITH & SONS COLLISION CENTER,** a California corporation; and **KIRK SMITH,** | |
| Defendants. | |
| _____/ | |

THE PARTIES TO THIS ACTION STIPULATE to set aside the entry of Default against Defendants, L.A. SMITH & SON, INC. d/b/a L.A. SMITH & SONS COLLISION CENTER and KIRK SMITH entered on July 9, 2012 (Docket No. 9).

Defendants assert good cause exists to set aside the entry of default because Defendants did not have an attorney and had hoped to resolve the dispute informally outside of the Court. Plaintiff takes no position on whether good cause exists, but in the interests of efficiency, Plaintiff stipulates to an order setting aside the Default entered

against Defendants.

Defendants shall file their answer and counterclaim no later than twenty-one (21) days following the date of the Order setting aside Default.

IT IS SO STIPULATED.

DATED: December 7, 2012     DRYDEN, MARGOLES, SCHIMANECK & WERTZ

By: /s/ R. Randy Wertz
R. RANDY WERTZ
Attorneys for Plaintiff,
THE SHERWIN-WILLIAMS
COMPANY f/k/a/ SHERWIN-WILLIAMS
AUTOMOTIVE FINISHES CORP.

DATED: December 10, 2012     KERN, NODA, DEVINE & SEGAL

By: /s/ *Stacey D. Chau*
STACEY D. CHAU
Attorneys for Defendants,
L.A. SMITH & SONS INC. d/b/a L.A. SMITH
& SONS COLLISION CENTER and KIRK
SMITH

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

The entry of Default against Defendants, L.A. SMITH & SONS, INC. d/b/a L.A. SMITH & SONS COLLISION CENTER and KIRK SMITH, entered on July 9, 2012 be set aside. Defendants' answer and counterclaim shall be filed no later than twenty-one (21) days following the date of this Order.

DATED:  12/11/12

_____
UNITED STATES DISTRICT JUDGE